UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 4:24-CR-118 |
| | ) | |
| v. | ) | |
| | ) | |
| VERONICA ELIZABETH FLETCHER | ) | |

## ORDER

Application for leave of absence has been requested by Michael Z. Spitulnik, Assistant United States Attorney, for February 24, 2025 through February 28, 2025 for out of state Military Leave; March 17, 2025 for personal leave; March 27, 2025 through March 30, 2025 for out of state Military Leave; May 12, 2025 for out of state personal leave; May 23, 2025 for out of state personal leave; and June 16, 2025 for out of state personal leave.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for a hearing or trial during such leave.

So ORDERED this 28th day of January 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA